COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| Mitchell Edward Templeton, Jr., | § | No. 08-16-00018-CR |
| Appellant, | § | Appeal from the |
| v. | § | 34th District Court |
| | § | of El Paso County, Texas |
| The State of Texas, | § | (TC# 20120D05281) |
| State. | § | |

## O R D E R

Pending before the Court is a motion filed by Appellant's counsel asking that we order the District Clerk to provide Appellant with a paper copy of the appellate record, rather than an electronic version of the record on CD, because prison authorities will not permit Appellant to access a computer. The appellate record has been filed with the Court. Further, under Rule 34.6(h), the court reporter is required to file a duplicate of the reporter's record with the trial court clerk. TEX.R.APP.P. 34.6(h). This copy is intended to be used by the litigants during the course of the direct appeal. Appellant is represented by counsel on appeal and counsel has access to the appellate record. Thus, the constitutional requirement that Appellant be provided with a free copy of the record in his direct appeal has been satisfied in this case. Appellant is not entitled to be provided with a duplicate free copy of the appellate record for his own use when he is represented by counsel on appeal. The motion is DENIED.

IT IS SO ORDERED this 12th day of September, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.